IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MIGUEL ANGEL JUAREZ-SOLANO, § § §<br>Petitioner, § § §<br>v. § § §<br>NOEM, et al., § § §<br>Respondents. § | No. 1:26-CV-00031-DAE |

ORDER

Before the Court is the status of the above-captioned case. On January 12, 2026, the Court ordered Respondents to show cause within three days as to why Petitioner Miguel Angel Juarez-Solano's ("Petitioner") Petition for Writ of Habeas Corpus should not be granted. (Dkt. # 4.) The Court's order noted that if Respondents did not have new arguments to offer that have not already been addressed by the Court, they were permitted to reference previous briefing, while reserving appellant rights. (Id. at 3–4.) However, the Court required Respondents to file any referenced briefing as an attachment for Petitioner's counsel's review. (Id. at 4.)

Respondents Kristi Noem, Todd M. Lyons, Pamela Bondi, and Vincent Marmolejo (collectively, "Federal Respondents") timely filed an abbreviated response on January 15, 2206. (Dkt. # 5.) In their response, Federal Respondents asked the Court to incorporate the filings in seven previous cases.

1

(Id. at 2.)  Federal Respondents failed to attach the referenced filings to their abbreviated response.

Accordingly, the Court **ORDERS** Federal Respondents to file an amended response with the briefings they are asking the Court to incorporate into the record attached to their response **on or before 6:00PM on Friday, January 16, 2026**.  Federal Respondents are **DIRECTED** to include **no more than two (2) filings** that they wish the Court to incorporate.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 16, 2026.

_____
David Alan Ezra
Senior United States District Judge