IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL JUAREZ-SOLANO, | § § | |
| Petitioner, | § § | |
| v. | § | No. 1:26-CV-00031-DAE |
| | § | |
| NOEM, et al., | § § | |
| Respondents. | § | |

ORDER

Before the Court is the status of the above-captioned case. On January 20, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. # 1), and ordered Petitioner's release. (Dkt. # 8.) Federal Respondents advised that Petitioner was released on January 21, 2026. (Dkt. # 9.) Accordingly, this case is closed, and a final judgment will be rendered.[1]

**IT IS SO ORDERED**.

DATED: Austin, Texas, January 25, 2026.

_____
David Alan Ezra
Senior United States District Judge

---

[1] The Court notes that Petitioner recently filed a purported voluntary notice of dismissal. (Dkt. # 12.) However, as Respondents filed a response to Petitioner's habeas petition and the Court granted the petition, voluntary dismissal is not appropriate at this time. See Fed. R. Civ. P. 41(a)(1). Because Petitioner has been released, all that is left to do is enter final judgment.

1